UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANDREW E. GRAYBEAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHESTERFIELD FINANCE COMPANY and )<br>BOOKKEEPING SERVICES COMPANY, )<br>)<br>Defendants. ) | No. 3:04-CV-274<br>(Varlan/Shirley) |

## **MEMORANDUM & ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 20] of the Honorable Thomas A. Varlan, United States District Judge, for disposition of Plaintiff's Motion to Extend Expert Disclosure Deadline [Doc. 18].

The plaintiff moves the Court to extend the deadline for disclosing experts in this case. The deadline is currently June 28, 2005. For grounds, the plaintiff states that the parties are still engaged in written discovery and that no depositions have been taken. The plaintiff suggests that a 60-day extension would be reasonable. [Doc. 18]. The defendant has not responded to the plaintiff's motion.

For good cause shown, Plaintiff's Motion to Extend Expert Disclosure Deadline [Doc. 18] is **GRANTED**. The parties shall have until **August 29, 2005** to disclose their experts. The Court notes that the plaintiff's counsel has moved to withdraw from this case [Doc. 21]. Should counsel be permitted to withdraw from this matter, the expert disclosure deadline shall still apply

to the plaintiff, and he will be expected to secure and disclose any experts before the expiration of this deadline.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge